ISAIAH DISBOROUGH, appellant,

*v.*

JULIA C. DISBOROUGH, respondent.

On appeal from an order advised by Vice-Chancellor Bird, allowing alimony *pendente lite* to the complainant.

*Mr. George M. Robeson,* for the appellant.

*Mr. Mark R. Sooy,* for the respondent.

Conover *v.* Fisher.

PER CURIAM.

Order affirmed, for the reasons given in the court of chancery.

*For affirmance*—THE CHIEF-JUSTICE, DEPUE, DIXON, MAGIE, REED, VAN SYCKEL, BOGERT, BROWN, CLEMENT, SMITH—10.

*For reversal*—None.